Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                        Case No.: 21−10248−MBK
                        Chapter: 13
                        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Raymond Dolci
    aka Raymond Dolci Jr
    359 Colonial Dr
    Toms River, NJ 08753−4259

Social Security No.:
    xxx−xx−5165

Employer's Tax I.D. No.:

---

### NOTICE OF ADJOURNMENT OF 7/20/21 at 10:00am HEARING ON CONFIRMATION OF PLAN

Date:          7/28/21
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     Please be advised that the hearing on confirmation of the debtor's plan, which was originally scheduled for 7/20/21 at 10:00am, has been adjourned to **Wednesday, 7/28/21**.

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

Dated: June 3, 2021
JAN: bwj

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court