Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−10248−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raymond Dolci
   aka Raymond Dolci Jr
   359 Colonial Dr
   Toms River, NJ 08753−4259

Social Security No.:
   xxx−xx−5165

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 4, 2021.

Dated: August 4, 2021
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-10248-MBK

Raymond Dolci  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Aug 04, 2021  Form ID: plncf13  Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Raymond Dolci, 359 Colonial Dr, Toms River, NJ 08753-4259 |
| 519072138 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519072139 | | BCA Financial Services, Inc., 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 519072137 | | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519102056 | | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 519072150 | | Credit First N A, PO Box 81315, Cleveland, OH 44181-0315 |
| 519072151 | | Credit First National Association, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 519072157 | | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 519113737 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519128012 | + | Jersey Central Power & Light, 101 Crawford's Corner Road, Building #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 519072159 | | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519072162 | + | NJ Natural Gas Co., PO Box 1378, Wall, NJ 07719-1378 |
| 519144178 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519072160 | | Nationstar/mr Cooper, 350 Highland St, Houston, TX 77009-6623 |
| 519072161 | | Nationwide Credit, Inc., 2002 Summit Blvd, Suite 600, Atlanta, GA 30319-1559 |
| 519112059 | + | New Jersey National Gas, 1415 Wykoff Rd.,, POB 1378, Wall, NJ 07719-1378 |
| 519108953 | + | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801-5148 |
| 519072163 | | Phillips & Cohen, 1002 Justison St, Wilmington, DE 19801-5148 |
| 519072166 | + | Quest Diagnostics, PO Box 1235, Elmsford, NJ 10523-0935 |
| 519072167 | | Suez, 64 Devoe Pl, Hackensack, NJ 07601-6105 |
| 519072174 | | The Children's Hospital Of Philadelphia, Physician Billing, PO Box 788017, Philadelphia, PA 19178-8017 |
| 519072175 | + | Toms River Municipal Utilities Authority, 340 West Water Street, Toms River, NJ 08753-6533 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 04 2021 20:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 04 2021 20:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519072142 | | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 04 2021 20:17:00 | CCS, PO Box 55126, Boston, MA 02205-5126 |
| 519072141 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 04 2021 20:36:12 | Cbna, Attn: Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519072140 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 04 2021 20:35:53 | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519072144 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 04 2021 20:36:10 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519072145 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 04 2021 20:36:10 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |

Case 21-10248-MBK    Doc 29    Filed 08/06/21    Entered 08/07/21 00:15:41    Desc Imaged
                         Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 04, 2021 | Form ID: plncf13 | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| 519072146 | + | Email/Text: mediamanagers@clientservices.com | Aug 04 2021 20:17:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., St. Charles, MO 63301-9816 |
| 519072147 | | Email/Text: documentfiling@lciinc.com | Aug 04 2021 20:17:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 519072148 | | Email/Text: ebn@rwjbh.org | Aug 04 2021 20:17:00 | Community Medical Center, PO Box 903 An Affiliate Of SBHCS, Oceanport, NJ 07757-0903 |
| 519072149 | | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 04 2021 20:17:00 | Credit Collection Serv, PO Box 710, Norwood, MA 02062-0710 |
| 519072152 | | Email/Text: kthompson@crownasset.com | Aug 04 2021 20:17:00 | Crown Asset Managament, LLC, 3100 Breckinridge Blvd # 725, Duluth, GA 30096-7605 |
| 519072153 | | Email/PDF: DellBKNotifications@resurgent.com | Aug 04 2021 20:35:59 | Dell Financial Services, Attn: Bankruptcy, PO Box 81577, Austin, TX 78708-1577 |
| 519072155 | | Email/Text: mrdiscen@discover.com | Aug 04 2021 20:17:00 | Discover Bank, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519072154 | | Email/PDF: DellBKNotifications@resurgent.com | Aug 04 2021 20:35:48 | Dfs/webbank, PO Box 81607, Austin, TX 78708-1607 |
| 519072156 | | Email/Text: dplbk@discover.com | Aug 04 2021 20:17:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519072143 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 04 2021 20:35:56 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519072158 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 04 2021 20:35:56 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519072164 | | Email/Text: bankruptcy@prosper.com | Aug 04 2021 20:17:00 | Prosper Funding LLC, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 519072165 | | Email/Text: bankruptcy@prosper.com | Aug 04 2021 20:17:00 | Prosper Marketplace In, 221 Main St, San Francisco, CA 94105-1906 |
| 519137901 | | Email/Text: bnc-quantum@quantum3group.com | Aug 04 2021 20:17:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519072168 | | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2021 20:36:07 | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519072169 | | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2021 20:35:56 | Synchrony Bank, PO Box 530948, Atlanta, GA 30353-0948 |
| 519074147 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2021 20:36:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519072170 | | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2021 20:36:07 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519072171 | | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2021 20:36:07 | Synchrony Bank/Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 519128999 | | Email/Text: bankruptcy@td.com | Aug 04 2021 20:17:00 | TD Bank, N.A., c/o Schiller Knapp Lefkowitz Hertzel LLP, 70 Gray Road, Falmouth, ME 04105 |
| 519072172 | | Email/Text: bankruptcy@td.com | Aug 04 2021 20:17:00 | Td Bank, Attn: Bankruptcy/TD Card Srvs, PO Box 84037, Columbus, GA 31908-4037 |
| 519072173 | | Email/Text: bankruptcy@td.com | Aug 04 2021 20:17:00 | Td Bank N.A., 32 Chestnut St, Lewiston, ME 04240-7744 |
| 519134359 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 04 2021 20:36:03 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519072177 | | Email/Text: wfmelectronicbankrupcynotifications@verizonwireless.com | Aug 04 2021 20:17:00 | Verizon, PO Box 489, Newark, NJ 07101-0489 |
| 519072176 | + | Email/Text: wfmelectronicbankrupcynotifications@verizonwireless.com | Aug 04 2021 20:17:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 04, 2021 | Form ID: plncf13 | Total Noticed: 56 |

| 519072178 | + Email/Text: bankruptcyxfcu@kinecta.org | Aug 04 2021 20:17:00 | Xceed Financial Credit Union, ATTN: Bankruptcy Dept./Silvia Mendez, 888 N Nash St, El Segundo, CA 90245-2879 |
| 519072179 | Email/Text: bankruptcyxfcu@kinecta.org | Aug 04 2021 20:17:00 | Xceed Financial Fcu, 888 N Nash St, El Segundo, CA 90245-2826 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2021                Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Raymond Dolci bkclient@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Richard Gerbino | on behalf of Creditor TD Bank  N.A. rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5