# UNITED STATES BANKRUPTCY COURT
District of New Jersey

In Re:  Dolci, Raymond                                    Case No 21-10248
        Debtor(s)                                     Chapter   13

                                                                  Judge:  Michael B. Kaplan

## NOTICE OF VOLUNTARY CONVERSION OF CASE TO CHAPTER 7

1.      The debtor, Raymond Dolci is, hereby voluntarily converts the within Chapter 13 case to a Chapter 7 case;

2.      This case has not heretofore been converted to another case under the United States Bankruptcy Code.


Date: 9/24/21                                              /s/ Raymond Dolci
_____                                     _____
                                                                       Raymond Dolci                          Debtor


Date:_____                           _____
                                                                                                         Debtor