**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | **Raymond Dolci** <br> First Name    Middle Name    Last Name | Social Security number or ITIN:  xxx–xx–5165 <br> EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN:  _ _ _ _ <br> EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter:  13    1/13/21 |
| Case number: | 21–10248–MBK | Date case converted to chapter:  7    9/24/21 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Raymond Dolci | |
| 2. | **All other names used in the last 8 years** | aka Raymond Dolci Jr | |
| 3. | **Address** | 359 Colonial Dr <br> Toms River, NJ 08753–4259 | |
| 4. | **Debtor's attorney** <br> Name and address | Daniel E. Straffi <br> Straffi & Straffi, LLC <br> 670 Commons Way <br> Toms River, NJ 08755 | Contact phone 732–341–3800 <br> Email:  bkclient@straffilaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | John Michael McDonnell <br> John Michael McDonnell, Ch. 7 Trustee <br> 115 Maple Avenue <br> Red Bank, NJ 07701 | Contact phone 732–383–7233 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 9/27/21 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **October 20, 2021 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 12/20/21** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

United States Bankruptcy Court

District of New Jersey

In re:  
Raymond Dolci  
Debtor

Case No. 21-10248-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Sep 27, 2021 | Form ID: 309A | Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Raymond Dolci, 359 Colonial Dr, Toms River, NJ 08753-4259 |
| 519072139 | | BCA Financial Services, Inc., 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 519072157 | | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 519113737 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519128012 | + | Jersey Central Power & Light, 101 Crawford's Corner Road, Building #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 519072159 | | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519072162 | + | NJ Natural Gas Co., PO Box 1378, Wall, NJ 07719-1378 |
| 519144178 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519072160 | | Nationstar/mr Cooper, 350 Highland St, Houston, TX 77009-6623 |
| 519072161 | | Nationwide Credit, Inc., 2002 Summit Blvd, Suite 600, Atlanta, GA 30319-1559 |
| 519112059 | + | New Jersey National Gas, 1415 Wykoff Rd.,, POB 1378, Wall, NJ 07719-1378 |
| 519108953 | + | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801-5148 |
| 519072163 | | Phillips & Cohen, 1002 Justison St, Wilmington, DE 19801-5148 |
| 519072166 | + | Quest Diagnostics, PO Box 1235, Elmsford, NJ 10523-0935 |
| 519072167 | | Suez, 64 Devoe Pl, Hackensack, NJ 07601-6105 |
| 519072174 | | The Children's Hospital Of Philadelphia, Physician Billing, PO Box 788017, Philadelphia, PA 19178-8017 |
| 519072175 | + | Toms River Municipal Utilities Authority, 340 West Water Street, Toms River, NJ 08753-6533 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bkclient@straffilaw.com | Sep 27 2021 20:34:00 | Daniel E. Straffi, Straffi & Straffi, LLC, 670 Commons Way, Toms River, NJ 08755 |
| tr | + | EDI: BJMMCDONNELLIII.COM | Sep 28 2021 00:33:00 | John Michael McDonnell, John Michael McDonnell, Ch. 7 Trustee, 115 Maple Avenue, Red Bank, NJ 07701-1752 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 27 2021 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 27 2021 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519072138 | | EDI: BANKAMER.COM | Sep 28 2021 00:33:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519072137 | | EDI: BANKAMER.COM | Sep 28 2021 00:33:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519072142 | | EDI: CCS.COM | Sep 28 2021 00:33:00 | CCS, PO Box 55126, Boston, MA 02205-5126 |
| 519102056 | | EDI: CRFRSTNA.COM | Sep 28 2021 00:33:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 519072141 | | EDI: CITICORP.COM | Sep 28 2021 00:33:00 | Cbna, Attn: Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519072140 | | EDI: CITICORP.COM | | |

Case 21-10248-MBK    Doc 34    Filed 09/29/21    Entered 09/30/21 00:10:52    Desc Imaged
                            Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2021 | Form ID: 309A | Total Noticed: 58 |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 519072144 | EDI: CITICORP.COM | Sep 28 2021 00:33:00 | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519072145 | EDI: CITICORP.COM | Sep 28 2021 00:33:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519072146 | + Email/Text: mediamanagers@clientservices.com | Sep 28 2021 00:33:00 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| | | Sep 27 2021 20:34:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., St. Charles, MO 63301-9816 |
| 519072147 | EDI: COMCASTCBLCENT | Sep 28 2021 00:33:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 519072148 | Email/Text: ebn@rwjbh.org | Sep 27 2021 20:34:00 | Community Medical Center, PO Box 903 An Affiliate Of SBHCS, Oceanport, NJ 07757-0903 |
| 519072149 | EDI: CCS.COM | Sep 28 2021 00:33:00 | Credit Collection Serv, PO Box 710, Norwood, MA 02062-0710 |
| 519072150 | EDI: CRFRSTNA.COM | Sep 28 2021 00:33:00 | Credit First N A, PO Box 81315, Cleveland, OH 44181-0315 |
| 519072151 | EDI: CRFRSTNA.COM | Sep 28 2021 00:33:00 | Credit First National Association, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 519072152 | Email/Text: kthompson@crownasset.com | Sep 27 2021 20:34:00 | Crown Asset Managament, LLC, 3100 Breckinridge Blvd # 725, Duluth, GA 30096-7605 |
| 519072153 | Email/PDF: DellBKNotifications@resurgent.com | Sep 27 2021 20:43:34 | Dell Financial Services, Attn: Bankruptcy, PO Box 81577, Austin, TX 78708-1577 |
| 519072155 | EDI: DISCOVER.COM | Sep 28 2021 00:33:00 | Discover Bank, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519072154 | Email/PDF: DellBKNotifications@resurgent.com | Sep 27 2021 20:43:28 | Dfs/webbank, PO Box 81607, Austin, TX 78708-1607 |
| 519072156 | EDI: DISCOVERPL | Sep 28 2021 00:33:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519072143 | EDI: JPMORGANCHASE | Sep 28 2021 00:33:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519072158 | EDI: JPMORGANCHASE | Sep 28 2021 00:33:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519072164 | Email/Text: bankruptcy@prosper.com | Sep 27 2021 20:34:00 | Prosper Funding LLC, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 519072165 | Email/Text: bankruptcy@prosper.com | Sep 27 2021 20:34:00 | Prosper Marketplace In, 221 Main St, San Francisco, CA 94105-1906 |
| 519137901 | EDI: Q3G.COM | Sep 28 2021 00:33:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519072168 | EDI: RMSC.COM | Sep 28 2021 00:33:00 | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519072169 | EDI: RMSC.COM | Sep 28 2021 00:33:00 | Synchrony Bank, PO Box 530948, Atlanta, GA 30353-0948 |
| 519074147 | + EDI: RMSC.COM | Sep 28 2021 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519072170 | EDI: RMSC.COM | Sep 28 2021 00:33:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519072171 | EDI: RMSC.COM | Sep 28 2021 00:33:00 | Synchrony Bank/Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 519128999 | EDI: TDBANKNORTH.COM | Sep 28 2021 00:33:00 | TD Bank, N.A., c/o Schiller Knapp Lefkowitz |

Case 21-10248-MBK    Doc 34    Filed 09/29/21    Entered 09/30/21 00:10:52    Desc Imaged
                              Certificate of Notice    Page 6 of 6

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2021 | Form ID: 309A | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| | | | | Hertzel LLP, 70 Gray Road, Falmouth, ME 04105 |
| 519072172 | | EDI: TDBANKNORTH.COM | Sep 28 2021 00:33:00 | Td Bank, Attn: Bankruptcy/TD Card Srvs, PO Box 84037, Columbus, GA 31908-4037 |
| 519072173 | | EDI: TDBANKNORTH.COM | Sep 28 2021 00:33:00 | Td Bank N.A., 32 Chestnut St, Lewiston, ME 04240-7744 |
| 519134359 | + | EDI: AIS.COM | Sep 28 2021 00:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519072177 | | EDI: VERIZONCOMB.COM | Sep 28 2021 00:33:00 | Verizon, PO Box 489, Newark, NJ 07101-0489 |
| 519072176 | + | EDI: VERIZONCOMB.COM | Sep 28 2021 00:33:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 519072178 | + | Email/Text: bankruptcyxfcu@kinecta.org | Sep 27 2021 20:34:00 | Xceed Financial Credit Union, ATTN: Bankruptcy Dept./Silvia Mendez, 888 N Nash St, El Segundo, CA 90245-2879 |
| 519072179 | | Email/Text: bankruptcyxfcu@kinecta.org | Sep 27 2021 20:34:00 | Xceed Financial Fcu, 888 N Nash St, El Segundo, CA 90245-2826 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2021            Signature:    /s/Joseph Speetjens