UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: DOLCI, Raymond

Case No.: 21-10248
Chapter: 7
Judge: MBK

## NOTICE OF PROPOSED ABANDONMENT

__John Michael McDonnell__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

United States Bankruptcy Court Clerk
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan, Chief Judge__ on __December 2, 2021__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
359 Colonial Drive
Toms River, New Jersey 08753

FMV=$230,000

Liens on property:
Lien Amount=$294,000

Minus 10% Cost of Sale

Amount of equity claimed as exempt: $25,150

Objections must be served on, and requests for additional information directed to:

Name: John Michael McDonnell, Trustee
Address: 115 Maple Avenue, Red Bank, New Jersey 07701
Telephone No.: 732.383.7233

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 21-10248-MBK
Raymond Dolci                                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                                           Page 1 of 3
Date Rcvd: Oct 21, 2021          Form ID: pdf905                                  Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Raymond Dolci, 359 Colonial Dr, Toms River, NJ 08753-4259 |
| 519072138 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519072139 | | BCA Financial Services, Inc., 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 519072137 | | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519102056 | | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 519072150 | | Credit First N A, PO Box 81315, Cleveland, OH 44181-0315 |
| 519072151 | | Credit First National Association, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 519072157 | | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 519113737 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519128012 | + | Jersey Central Power & Light, 101 Crawford's Corner Road, Building #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 519072159 | | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519072162 | + | NJ Natural Gas Co., PO Box 1378, Wall, NJ 07719-1378 |
| 519144178 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519072160 | | Nationstar/mr Cooper, 350 Highland St, Houston, TX 77009-6623 |
| 519072161 | | Nationwide Credit, Inc., 2002 Summit Blvd, Suite 600, Atlanta, GA 30319-1559 |
| 519112059 | + | New Jersey National Gas, 1415 Wykoff Rd.,, POB 1378, Wall, NJ 07719-1378 |
| 519108953 | + | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801-5148 |
| 519072163 | | Phillips & Cohen, 1002 Justison St, Wilmington, DE 19801-5148 |
| 519072166 | + | Quest Diagnostics, PO Box 1235, Elmsford, NY 10523-0935 |
| 519072167 | | Suez, 64 Devoe Pl, Hackensack, NJ 07601-6105 |
| 519072174 | | The Children's Hospital Of Philadelphia, Physician Billing, PO Box 788017, Philadelphia, PA 19178-8017 |
| 519072175 | + | Toms River Municipal Utilities Authority, 340 West Water Street, Toms River, NJ 08753-6533 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 21 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 21 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519072142 | | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 21 2021 20:21:00 | CCS, PO Box 55126, Boston, MA 02205-5126 |
| 519102056 | | Email/Text: BKPT@cfna.com | Oct 21 2021 20:21:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 519072141 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 21 2021 20:30:12 | Cbna, Attn: Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519072140 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 21 2021 20:30:16 | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519072144 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 21 2021 20:30:16 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |

Case 21-10248-MBK    Doc 38    Filed 10/23/21    Entered 10/24/21 00:13:25    Desc Imaged
                        Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 21, 2021 | Form ID: pdf905 | Total Noticed: 56 |

| | | | |
|---|---|---|---|
| 519072145 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 21 2021 20:30:16 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519072146 | + Email/Text: mediamanagers@clientservices.com | Oct 21 2021 20:21:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., St. Charles, MO 63301-9816 |
| 519072147 | Email/Text: documentfiling@lciinc.com | Oct 21 2021 20:21:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 519072148 | Email/Text: ebn@rwjbh.org | Oct 21 2021 20:21:00 | Community Medical Center, PO Box 903 An Affiliate Of SBHCS, Oceanport, NJ 07757-0903 |
| 519072149 | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 21 2021 20:21:00 | Credit Collection Serv, PO Box 710, Norwood, MA 02062-0710 |
| 519072150 | Email/Text: BKPT@cfna.com | Oct 21 2021 20:21:00 | Credit First N A, PO Box 81315, Cleveland, OH 44181-0315 |
| 519072151 | Email/Text: BKPT@cfna.com | Oct 21 2021 20:21:00 | Credit First National Association, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 519072152 | Email/Text: kthompson@crownasset.com | Oct 21 2021 20:21:00 | Crown Asset Managament, LLC, 3100 Breckinridge Blvd # 725, Duluth, GA 30096-7605 |
| 519072153 | Email/PDF: DellBKNotifications@resurgent.com | Oct 21 2021 20:30:12 | Dell Financial Services, Attn: Bankruptcy, PO Box 81577, Austin, TX 78708-1577 |
| 519072155 | Email/Text: mrdiscen@discover.com | Oct 21 2021 20:21:00 | Discover Bank, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519072154 | Email/PDF: DellBKNotifications@resurgent.com | Oct 21 2021 20:30:07 | Dfs/webbank, PO Box 81607, Austin, TX 78708-1607 |
| 519072156 | Email/Text: dplbk@discover.com | Oct 21 2021 20:21:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519072143 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 21 2021 20:30:15 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519072158 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 21 2021 20:30:14 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519072164 | Email/Text: bankruptcy@prosper.com | Oct 21 2021 20:21:00 | Prosper Funding LLC, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 519072165 | Email/Text: bankruptcy@prosper.com | Oct 21 2021 20:21:00 | Prosper Marketplace In, 221 Main St, San Francisco, CA 94105-1906 |
| 519137901 | Email/Text: bnc-quantum@quantum3group.com | Oct 21 2021 20:21:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519072168 | Email/PDF: gecsedi@recoverycorp.com | Oct 21 2021 20:30:10 | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519072169 | Email/PDF: gecsedi@recoverycorp.com | Oct 21 2021 20:30:04 | Synchrony Bank, PO Box 530948, Atlanta, GA 30353-0948 |
| 519074147 | + Email/PDF: gecsedi@recoverycorp.com | Oct 21 2021 20:30:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519072170 | Email/PDF: gecsedi@recoverycorp.com | Oct 21 2021 20:30:10 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519072171 | Email/PDF: gecsedi@recoverycorp.com | Oct 21 2021 20:30:15 | Synchrony Bank/Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 519128999 | Email/Text: bankruptcy@td.com | Oct 21 2021 20:21:00 | TD Bank, N.A., c/o Schiller Knapp Lefkowitz Hertzel LLP, 70 Gray Road, Falmouth, ME 04105 |
| 519072172 | Email/Text: bankruptcy@td.com | Oct 21 2021 20:21:00 | Td Bank, Attn: Bankruptcy/TD Card Srvs, PO Box 84037, Columbus, GA 31908-4037 |

| | | | |
|---|---|---|---|
| 519072173 | Email/Text: bankruptcy@td.com<br>Oct 21 2021 20:21:00 | | Td Bank N.A., 32 Chestnut St, Lewiston, ME 04240-7744 |
| 519134359 + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM<br>Oct 21 2021 20:40:29 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519072177 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com<br>Oct 21 2021 20:21:00 | | Verizon, PO Box 489, Newark, NJ 07101-0489 |
| 519072176 + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com<br>Oct 21 2021 20:21:00 | | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 519072178 + | Email/Text: bankruptcyxfcu@kinecta.org<br>Oct 21 2021 20:21:00 | | Xceed Financial Credit Union, ATTN: Bankruptcy Dept./Silvia Mendez, 888 N Nash St, El Segundo, CA 90245-2879 |
| 519072179 | Email/Text: bankruptcyxfcu@kinecta.org<br>Oct 21 2021 20:21:00 | | Xceed Financial Fcu, 888 N Nash St, El Segundo, CA 90245-2826 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2021                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel E. Straffi | on behalf of Debtor Raymond Dolci bkclient@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| Richard Gerbino | on behalf of Creditor TD Bank N.A. rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6