Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21–10248–MBK
Chapter:  7
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raymond Dolci
    aka Raymond Dolci Jr
   359 Colonial Dr
   Toms River, NJ 08753–4259
Social Security No.:
   xxx–xx–5165
Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Pamela Fiero , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

359 Colonial Drive, Toms River, New Jersey.

Dated: November 30, 2021
JAN: pbf

Jeanne Naughton
Clerk