Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 21–10248–MBK
                        Chapter: 7
                        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raymond Dolci
   aka Raymond Dolci Jr
   359 Colonial Dr
   Toms River, NJ 08753–4259

Social Security No.:
   xxx–xx–5165

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that John Michael McDonnell is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 21, 2022</u>                <u>Michael B. Kaplan</u>
                                            Judge, United States Bankruptcy Court