**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Raymond Dolci**<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–5165<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 21–10248–MBK | |

# Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Raymond Dolci
aka Raymond Dolci Jr

<u>1/21/22</u>

**By the court:**   <u>Michael B. Kaplan</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Raymond Dolci  
    Debtor

Case No. 21-10248-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jan 21, 2022      Form ID: 318      Total Noticed: 56

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Raymond Dolci, 359 Colonial Dr, Toms River, NJ 08753-4259 |
| 519072139 | | BCA Financial Services, Inc., 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 519072157 | | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 519113737 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519128012 | + | Jersey Central Power & Light, 101 Crawford's Corner Road, Building #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 519072159 | | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519072162 | + | NJ Natural Gas Co., PO Box 1378, Wall, NJ 07719-1378 |
| 519144178 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519072160 | | Nationstar/mr Cooper, 350 Highland St, Houston, TX 77009-6623 |
| 519072161 | | Nationwide Credit, Inc., 2002 Summit Blvd, Suite 600, Atlanta, GA 30319-1559 |
| 519112059 | + | New Jersey National Gas, 1415 Wykoff Rd.,, POB 1378, Wall, NJ 07719-1378 |
| 519108953 | + | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801-5148 |
| 519072163 | | Phillips & Cohen, 1002 Justison St, Wilmington, DE 19801-5148 |
| 519072164 | | Prosper Funding LLC, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 519072165 | | Prosper Marketplace In, 221 Main St, San Francisco, CA 94105-1906 |
| 519072166 | + | Quest Diagnostics, PO Box 1235, Elmsford, NY 10523-0935 |
| 519072167 | | Suez, 64 Devoe Pl, Hackensack, NJ 07601-6105 |
| 519072174 | | The Children's Hospital Of Philadelphia, Physician Billing, PO Box 788017, Philadelphia, PA 19178-8017 |
| 519072175 | + | Toms River Municipal Utilities Authority, 340 West Water Street, Toms River, NJ 08753-6533 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jan 21 2022 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 21 2022 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519072138 | EDI: BANKAMER.COM | Jan 22 2022 01:28:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519072137 | EDI: BANKAMER.COM | Jan 22 2022 01:28:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519072142 | EDI: CCS.COM | Jan 22 2022 01:28:00 | CCS, PO Box 55126, Boston, MA 02205-5126 |
| 519102056 | EDI: CRFRSTNA.COM | Jan 22 2022 01:28:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 519072141 | EDI: CITICORP.COM | Jan 22 2022 01:28:00 | Cbna, Attn: Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519072140 | EDI: CITICORP.COM | Jan 22 2022 01:28:00 | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519072144 | EDI: CITICORP.COM | Jan 22 2022 01:28:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |

Case 21-10248-MBK    Doc 47    Filed 01/23/22    Entered 01/24/22 00:15:48    Desc Imaged
                                Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2022 | Form ID: 318 | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| 519072145 | | EDI: CITICORP.COM | Jan 22 2022 01:28:00 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519072146 | + | Email/Text: mediamanagers@clientservices.com | Jan 21 2022 20:28:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., St. Charles, MO 63301-9816 |
| 519072147 | | EDI: COMCASTCBLCENT | Jan 22 2022 01:28:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 519072148 | | Email/Text: ebn@rwjbh.org | Jan 21 2022 20:29:00 | Community Medical Center, PO Box 903 An Affiliate Of SBHCS, Oceanport, NJ 07757-0903 |
| 519072149 | | EDI: CCS.COM | Jan 22 2022 01:28:00 | Credit Collection Serv, PO Box 710, Norwood, MA 02062-0710 |
| 519072150 | | EDI: CRFRSTNA.COM | Jan 22 2022 01:28:00 | Credit First N A, PO Box 81315, Cleveland, OH 44181-0315 |
| 519072151 | | EDI: CRFRSTNA.COM | Jan 22 2022 01:28:00 | Credit First National Association, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 519072152 | | Email/Text: kthompson@crownasset.com | Jan 21 2022 20:28:00 | Crown Asset Managament, LLC, 3100 Breckinridge Blvd # 725, Duluth, GA 30096-7605 |
| 519072153 | | Email/PDF: DellBKNotifications@resurgent.com | Jan 21 2022 20:32:38 | Dell Financial Services, Attn: Bankruptcy, PO Box 81577, Austin, TX 78708-1577 |
| 519072155 | | EDI: DISCOVER.COM | Jan 22 2022 01:28:00 | Discover Bank, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519072154 | | Email/PDF: DellBKNotifications@resurgent.com | Jan 21 2022 20:32:25 | Dfs/webbank, PO Box 81607, Austin, TX 78708-1607 |
| 519072156 | | EDI: DISCOVERPL | Jan 22 2022 01:28:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519072143 | | EDI: JPMORGANCHASE | Jan 22 2022 01:28:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519072158 | | EDI: JPMORGANCHASE | Jan 22 2022 01:28:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519113737 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 21 2022 20:28:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519137901 | | EDI: Q3G.COM | Jan 22 2022 01:28:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519072168 | | EDI: RMSC.COM | Jan 22 2022 01:28:00 | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519072169 | | EDI: RMSC.COM | Jan 22 2022 01:28:00 | Synchrony Bank, PO Box 530948, Atlanta, GA 30353-0948 |
| 519074147 | + | EDI: RMSC.COM | Jan 22 2022 01:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519072170 | | EDI: RMSC.COM | Jan 22 2022 01:28:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519072171 | | EDI: RMSC.COM | Jan 22 2022 01:28:00 | Synchrony Bank/Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 519128999 | | EDI: TDBANKNORTH.COM | Jan 22 2022 01:28:00 | TD Bank, N.A., c/o Schiller Knapp Lefkowitz Hertzel LLP, 70 Gray Road, Falmouth, ME 04105 |
| 519072172 | | EDI: TDBANKNORTH.COM | Jan 22 2022 01:28:00 | Td Bank, Attn: Bankruptcy/TD Card Srvs, PO Box 84037, Columbus, GA 31908-4037 |
| 519072173 | | EDI: TDBANKNORTH.COM | Jan 22 2022 01:28:00 | Td Bank N.A., 32 Chestnut St, Lewiston, ME 04240-7744 |

| | | | | |
|---|---|---|---|---|
| 519134359 | + | EDI: AIS.COM | Jan 22 2022 01:28:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519072177 | | EDI: VERIZONCOMB.COM | Jan 22 2022 01:28:00 | Verizon, PO Box 489, Newark, NJ 07101-0489 |
| 519072176 | + | EDI: VERIZONCOMB.COM | Jan 22 2022 01:28:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |
| 519072178 | + | Email/Text: bankruptcyxfcu@kinecta.org | Jan 21 2022 20:28:00 | Xceed Financial Credit Union, ATTN: Bankruptcy Dept./Silvia Mendez, 888 N Nash St, El Segundo, CA 90245-2879 |
| 519072179 | | Email/Text: bankruptcyxfcu@kinecta.org | Jan 21 2022 20:28:00 | Xceed Financial Fcu, 888 N Nash St, El Segundo, CA 90245-2826 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 23, 2022             Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel E. Straffi | on behalf of Debtor Raymond Dolci bkclient@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| Richard Gerbino | on behalf of Creditor TD Bank N.A. rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6